No. 6401.—THE FEDERAL LAND BANK OF BALTIMORE, dmdte., v. BURGOS, dmda.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Junio 22, 1933.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por CUANTO, invocando la sección 59 del Reglamento de este Tribunal la parte apelada solicita la desestimación del recurso interpuesto en este caso por no haberse proseguido con la debida diligencia y ser frívolo;

Por cuanto, a la moción se acompaña una certificación de los autos y de ella resulta que el pleito se inició por demanda en cobro de una deuda garantizada con hipoteca; que emplazada la demandada no compareció, anotándose su rebeldía en 1 de septiembre de 1932; que señalada la vista, también faltó en comparecer la demandada, celebrándose en su ausencia, practicando el demandante su prueba consistente en la escritura de hipoteca, una certificación del Registro, la liquidación de plazos y el pagaré hipotecario suscrito por la demandada pertinentes al caso, y dictando la Corte sentencia de conformidad con las alegaciones y las pruebas condenando a la demandada a pagar al demandante la suma reclamada con intereses y costas;

Por cuanto, notificada la sentencia apeló la demandada en 21 de noviembre de 1932 y desde entonces viene solicitando y obteniendo prórrogas para que el taquígrafo prepare la transcripción, alegando como único motivo la acumulación del trabajo del taquígrafo; y

Por cuanto, la mera exposición de esos hechos basta para concluir que se trata de un recurso frívolo interpuesto con el solo propósito de dilatar la ejecución de la sentencia:

Por tanto, de acuerdo con la regla invocada, se desestima el recurso.